UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**DEFENDANT'S ANSWER TO THE COMPLAINT**

Anthony Touchton,

_____,

*(Write the full name of each Plaintiff who filed the complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Dean Padgett,

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 5:24-CV-00116-MCR-MJF

**Jury Trial Requested?**
☐ YES ☐ NO

FILED USDC FLND PN
JUL 18 '24 AM 10:09

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's name: Anthony Touchton

Address: _____

_____

City, state, and zip code: _____

Telephone: _____ (Home) _____ (Cell)

*(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Answering Defendant

Defendant's name: Dean Padgett

Address: 3017 Canal Avenue

~~~~~~~~~~~~~~~

City, state, and zip code: Panama City, FL 32405

Telephone: 850-340-1401 (Home) Same (Cell)

Email address: tobyzena2@gmail.com

*(Provide this information for each Defendant filing an answer to the allegations in the complaint by attaching additional pages, as needed.)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## DEFENDANT'S ANSWER TO THE COMPLAINT

1. Defendant lacks sufficient to either admit or deny the allegation.

2. Defendant lacks sufficient to either admit or deny the allegation.

3. Defendant lacks sufficient to either admit or deny the allegation.

4. Defendant lacks sufficient to either admit or deny the allegation.

## PARTIES

5. Admit

6. Admit

7. Defendant lacks sufficient to either admit or deny the allegation.

## ALLEGATIONS

8. Defendant lacks sufficient to either admit or deny the allegation.

9. Deny

10. Deny

11. Defendant lacks sufficient to either admit or deny the allegation.

12. Deny

13. Defendant lacks sufficient to either admit or deny the allegation.

14. Deny

15. Deny

16. Deny

17. Deny

18. Deny

19. Deny

20. Deny

21. Deny

22. Deny

23. Deny

24. Deny

25. Deny

26. Defendant lacks sufficient to either admit or deny the allegation.

27. Defendant lacks sufficient to either admit or deny the allegation.

28. Defendant lacks sufficient to either admit or deny the allegation.

29. Deny

30. Admit

## COUNT I

31. Deny

32. Deny

33. Deny

34. Deny

35. Deny

36. Deny

## COUNT II

37. Deny

38. Deny

39. Deny

40. Deny

41. Deny

42. Deny

Dated: July 17, 2024

Respectfully Submitted,

Dean Padgett, Pro Se
3017 Canal Avenue
Panama City, FL 32405
(850) 340-1401
tobyzena2@gmail.com

## III. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is ~~not~~ being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is **not** supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have **no** evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. (7.)

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7/17/2024    Defendant's Signature: /s/ Dean Padgett

Printed Name of Defendant: Dean Padgett

Address: 3017 Canal Avenue

Panama City, FL 32405

E-Mail Address: tobyzena2@gmail.com

Telephone Number: 850-340-1401

**As required by Local Rule 5.1(F), I certify that this document has been served on this date by** 7-16-24 *(specify first-class mail or other manner of service)* Certified letter **on these parties** *(include address used):* James M. Slater (FBN 111779) Slater Legal PLLC 2296 Henderson Mill Rd. N.E. #116 Atlanta, Georgia 30345 / Tel: (305) 523-9023

Date: 7-16-24  Defendant's Signature: /s/ Jean Padgett