## RETURN OF SERVICE

**State of Florida**                                                                                           **County of**

Case Number: 5:24-cv-00116-MCR-MJF

PLAINTIFF:
**ANTHONY TOUCHTON**

vs.

DEFENDANT:
**DEAN PADGETT and RICKY MAZINGO**

For:
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301

Received by ACCURATE SERVE (TALLAHASSEE OFFICE) on the 1st day of July, 2024 at 9:45 am to be served on **RICKY MAZINGO,** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Panama City, FL 32404.

I, BARBARA DINSE- SPECIAL PROCESS SERVER, do hereby affirm that on the **5th day of July, 2024** at **1:05 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: RICKY MAZINGO at the address of: ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ **Panama City, FL 32404,** and informed said person of the contents therein, in compliance with state statutes. Actual service location: (30.1359,-85.5020) accuracy 6 m.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: CAUCASIAN, Height: 5'10, Weight: 300, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*[Signature]*

BARBARA DINSE- SPECIAL PROCESS SERVER
#019

ACCURATE SERVE (TALLAHASSEE OFFICE)
400 CAPITAL CIRCLE SE
SUITE 18291
TALLAHASSEE, FL 32301
(850) 519-5494

Our Job Serial Number: AS5-0000242844
Ref: T242844

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

