UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

v.

DEAN PADGETT, *et al.*,

    Defendants.

Case No. 5:24-cv-00116-MCR-MJF

## **PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff Anthony Touchton, by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant Ricky Mazingo on the ground that Defendant Mazingo has failed to appear or otherwise respond to the Complaint within the times prescribed by the Federal Rules of Civil Procedure.

On July 5, 2024, Defendant Mazingo was served with a copy of the Summons and Complaint in this case. [ECF No. 6]. According to the Federal Rules of Civil Procedure, Defendant Mazingo was required to file a response to the Complaint on or before July 26, 2024.

Accordingly, the time allowed for Defendant Mazingo to respond to the Complaint has expired and Defendant Mazingo has failed to answer or otherwise

defend the Complaint as set forth above. Defendant Mazingo is not in the active military per the Servicemembers Civil Relief Act, as set forth in the filed Return of Service [ECF No. 6], in which Defendant Mazingo informed the process server that he was not in military service.

    WHEREFORE, Plaintiff Anthony Touchton requests that a default be entered against Defendant Ricky Mazingo.

Dated: July 29, 2024

                                        */s/ James M. Slater*
                                        James M. Slater (FBN 111779)
                                        Slater Legal PLLC
                                        2296 Henderson Mill Rd NE #116
                                        Atlanta, GA 30345
                                        Tel. (305) 523-9023
                                        james@slater.legal

                                        *Attorneys for Plaintiff*