UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

vs.                            Case No.: 5:24-cv-116-MCR-MJF

DEAN PADGETT and
RICKY MAZINGO,

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby notice their appearances as counsel on behalf of Defendant RICKY MAZINGO, and request that all pleadings, motions, and notices be served upon both undersigned counsel at the address set forth below.

        Respectfully submitted,

        ASHLEY B. MOODY
        ATTORNEY GENERAL

        */s/ Anthony Dean Johnson*
        Anthony Dean Johnson
        Assistant Attorney General
        Florida Bar No.: 12084

        /s/ Mason V. Petrosky
        Mason V. Petrosky
        Assistant Attorney General
        Florida Bar No.:  1049458

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300

Anthony.johnson@myfloridalegal.com
Mason.Petrosky@myfloridalegal.com
Titus.thomas@myfloridalegal.com
CivilLitigationNorth.eService@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record this 29th day of July 2024.

*/s/ Anthony Dean Johnson*
Anthony Dean Johnson