# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ANTHONY TOUCHTON**,

    Plaintiff,

v.                                         Case No.  **5:24-cv-116-MCR-MJF**

**DEAN PADGETT and**
**RICKY MAZINGO**,

    Defendant.

_____/

## CLERK'S ENTRY OF DEFAULT

Upon application of the plaintiff pursuant to Fed. R. Civ. P. 55(a) and having examined the record and there appearing to be no responsive pleadings filed, default is hereby entered against defendant **RICKY MAZINGO,** on July 30, 2024.

                                                  JESSICA J. LYUBLANOVITS,
                                                CLERK OF COURT

<u>July 30, 2024</u>                        s/ Jeremy Wright_____
DATE                                       Deputy Clerk