UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

v.                                 CASE NO.:  5:24-cv-00116-MCR-MJF

DEAN PADGETT and
RICKY MAZINGO,

    Defendants.
_____/

### NOTICE OF APPEARANCE AS CO-COUNSEL FOR DEFENDANT RICKY MAZINGO, AND DESIGNATION OF E-MAIL ADDRESSES PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.516

COMES NOW Lacey D. Corona, Esq., attorney at law with the firm of Nelson Mullins Riley and Scarborough, 215 South Monroe Street, Suite 400 Tallahassee, Florida 32301, and hereby gives notice of her appearance in this cause as co-counsel of record on behalf of Defendant, RICKY MAZINGO. Copies of all correspondence, pleadings, etc., intended for Defendant, RICKY MAZINGO, should be directed to the attention of the undersigned.

Counsel for Defendant, RICKY MAZINGO, also hereby designates, pursuant to Fla. R. Jud. Admin. 2.516, the following electronic mail addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

    Lacey D. Corona        Primary:  lacey.corona@nelsonmullins.com

                                  Secondary:   tonia.mcknight@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically on August 2, 2024, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

                                            Respectfully submitted,

                                            s/*Lacey D. Corona*
                                            Lacey D. Corona
                                            Florida Bar Number 66454
                                            **NELSON MULLINS RILEY AND SCARBOROUGH**
                                            215 South Monroe Street, Suite 400
                                            Tallahassee, Florida 32301
                                            Telephone: (850) 681-6810
                                            Facsimile: (850) 521-1472
                                            lacey.corona@nelsonmullins.com
                                            tonia.mcknight@nelsonmullins.com

                                            *Co-Counsel for Defendant, Ricky Mazingo*