# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**ANTHONY TOUCHTON,**

    Plaintiff,

v.                                **CASE NO.: 5:24-cv-00116-MCR-MJF**

**DEAN PADGETT and RICKY MAZINGO,**

    Defendants.

_____/

## NOTICE OF APPEARANCE

Brian C. Keri hereby files this notice of his appearance as counsel of record for Defendant, Dean Padgett, in the above-styled matter.

                                    *s/Brian C. Keri*
                                    BRIAN C. KERI (FBN 0087874)
                                    P.O. Box 13599
                                    Tallahassee, Florida 32317-3599
                                    Telephone: (850) 297-2222
                                    brianckeri@earthlink.net
                                    michellemsmith@earthlink.net
                                    Attorney for Defendant Padgett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF service to James M. Slater, Esquire, 2296 Henderson Mill Road N.E. #116, Atlanta, Georgia 30345, on August 7, 2024.

                                    *s/Brian C. Keri*
                                    Brian C. Keri