UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

v().                                      Case No. 5:24-cv-116-MCR/MJF

DEAN PADGETT and RICKY
MAZINGO,

    Defendants.
_____/

## ORDER

Defendant Ricky Mazingo's moves, pursuant to Rule 55(c), to vacate the clerk's entry of default. Doc. 10. Defendant filed this motion one day after the clerk entered the default and it is unopposed.

Accordingly, it is hereby **ORDERED**:

1. Defendant Mazingo's unopposed motion to vacate the clerk's entry of default is **GRANTED**.

2. The clerk of this court shall **VACATE** the clerk's entry of default regarding Defendant Ricky Mazingo, Doc. 9.

3. Defendant Ricky Mazingo shall file his answer or responsive pleading to the complaint as prescribed by the Federal Rules of Civil Procedure.

**SO ORDERED** this 12th day of August, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**