IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

    vs.                                Case No. 5:24cv116-MCR-MJF

DEAN PADGETT, et al.,

    Defendants.
_____/

## NOTICE OF SERVICE OF DEFENDANT MAZINGO'S OBJECTIONS AND VERRIFIED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant RICKY MAZINGO, by and through its undersigned counsel, hereby states that its Objections and Verified Responses to Plaintiff's First Set of Interrogatories were served via email upon Plaintiff's counsel, James Slatter, Esq. at James@slater.legal on October 15, 2024.

                    Respectfully submitted,

                    **ASHLEY MOODY**
                    **ATTORNEY GENERAL**

                    */s/ Anthony Dean Johnson*
                    Anthony Dean Johnson
                    Assistant Attorney General
                    Florida Bar No.: 12084

                    */s/ Mason V. Petrosky*
                    Mason V. Petrosky

Assistant Attorney General
Attorney for Defendant
Florida Bar No.: 1049458

Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

Anthony.Johnson@myfloridalegal.com
Mason.Petrosky@myfloridalegal.com
Titus.thomas@myflroidalegal.com
CivilLitigationNorth.eService@myfloridalegal.com
Steven.Holcomb@myfloridalegal.com