**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**ANTHONY TOUCHTON,**

     Plaintiff,

v.                        **CASE NO.: 5:24-cv-00116-MCR-MJF**

**DEAN PADGETT and RICKY MAZINGO,**

     Defendants.

_____/

## NOTICE OF MEDIATION

     Defendant, Dean Padgett, through counsel, hereby notifies the Court that this case has been scheduled for mediation on Friday, May 16, 2025, at 10:00 a.m. via Zoom conference.  The mediation will be conducted by Jason O'Steen, Esquire.

                        *s/Brian C. Keri*_____
                        BRIAN C. KERI (FBN 0087874)
                        P.O. Box 13599
                        Tallahassee, Florida 32317-3599
                        Telephone: (850) 297-2222
                        brianckeri@earthlink.net
                        Attorney for Defendant Padgett

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic service to James M. Slater, Esq., 2296 Henderson Mill Road N.E. #116, Atlanta, GA 30345, Lacey Corona, Esq., 215 S Monroe St., Suite 400, Tallahassee, FL 32301 and Anthony Johnson, Esq. and Mason Petrosky, Esq., PL-01, The Capitol, Tallahassee, FL 32399-1050 on March 7, 2025.

                        *s/Brian C. Keri*_____
                        Brian C. Keri