UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TOUCHTON,

    Plaintiff,

vs.                      CASE NO.: 5:24-cv-00116-MCR-MJF

DEAN PADGETT and RICKY MAZINGO,

    Defendants.

_____/

## MEDIATION REPORT

The parties to the above cause submitted their issues to mediation on May 16, 2025. All issues have been resolved.

/s/ Jason O'Steen
JASON O'STEEN
Florida Bar No. 52783
**O'STEEN & O'STEEN, P.L.**
2900 East Park Ave.
Tallahassee, Florida 32301
Email: jason@osteenosteen.com
(850) 877-1028
*Mediator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic mail via the CM/ECF System to all counsel of record on this 19th day of May, 2025.

/s/ Jason O'Steen
Attorney