UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| ANTHONY TOUCHTON,<br><br>     Plaintiff,<br><br>v.<br><br>DEAN PADGETT, *et al.*,<br><br>     Defendants. | Case No. 5:24-cv-00116-MCR-MJF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), all parties to this action hereby jointly stipulate to the dismissal of this lawsuit with prejudice, with each party to bear its own attorney's fees and costs.

Dated: June 5, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ James M. Slater*<br>James M. Slater (FBN 111779)<br>Slater Legal PLLC<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal<br>Tel. (404) 458-7283<br><br>*Attorneys for Plaintiff Anthony Touchton* | JAMES ULTHMEIER<br>ATTORNEY GENERAL<br><br>*/s/ Anthony Dean Johnson\**<br>Anthony Dean Johnson (FBN 12084)<br>Assistant Attorney General<br>Office of the Attorney General<br>PL-01, The Capitol<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>Anthony.Johnson@myfloridalegal.com<br><br>*Attorneys for Defendant Mazingo* |

        */s/ Brian C. Keri\**
        Brian C. Keri (FBN 0087874)
        P.O. Box 13599
        Tallahassee, Florida 32317-3599
        Telephone: (850) 297-2222
        brianckeri@earthlink.net

        *Attorney for Defendant Padgett*

\*Signed by James Slater with express written permission.